**IT IS ORDERED as set forth below:**

**Date: January 20, 2022**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

| | |
|---|---|
| In re:  William A. Doyle, Jr. | Case No.:  01-60737-EJC |
| *Debtor(s)*. | Chapter:  13 |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On January 18, 2022, *William A. Doyle, Jr.*, the Claimant, filed an Application for Payment of Unclaimed Funds. The application and the documents attached thereto establish that the Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby ORDERED that the sum of ***$1,044.33*** held in unclaimed funds be made payable to *William A. Doyle, Jr.* and be mailed to the payee at the following address: 5125 Flat Rock Drive, Fayetteville, NC 28311.

The Clerk will disburse these funds not earlier than fourteen (14) days after entry of this order.

[END OF DOCUMENT]